UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAUSTA AVILES, *individually and on behalf of others similarly situated*,

                        Plaintiff,

-against-

CHELSEA LAUNDRY INC. (D/B/A CHELSEA LAUNDRY), MARCO DOE, and SUSIE DOE,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2021

20 Civ. 8992 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Upon the completion of fact discovery, the parties shall submit a joint letter indicating whether they wish to be referred for settlement to an alternate dispute resolution mechanism, such as a settlement conference before a magistrate judge or the District's Mediation Program.

    SO ORDERED.

Dated: March 2, 2021
       New York, New York

                                                ANALISA TORRES
                                            United States District Judge